**J SQUARED, INC., dba University Loft Company, Appellant**

v.

**SAUDER MANUFACTURING COMPANY, Cross– Appellant**

**2016–2570, 2016–2571, 2016– 2620, 2016–2621**

United States Court of Appeals, Federal Circuit.

September 25, 2017

Scott Anthony McKeown, Ropes & Gray LLP, Washington, DC, Tia Fenton, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA, for Appellant.

Thomas Young, Young Basile Hanlon & MacFarlane P.C., Troy, MI, for Cross–Appellant.

**ON MOTION**

**ORDER**

Per Curiam.

Appellant J Squared, Inc. and cross-appellant Sauder Manufacturing Company jointly move to voluntarily dismiss appeals 2016–2570, 2016–2571, 2016–2620, and 2016–2621.

Upon consideration thereof,

IT IS ORDERED THAT:

1)  The motion is granted. The appeals are dismissed.

2)  Each party shall bear their own fees and costs.